2:23-CV-00122 DJC-DB

TO WHOM IT MY CONCERN

I JUST RECIVED MY PAPER WORK ON June 26, 2023, I SEE HERE I HAVE UNITIL July 14 2023 FOR A STATUS REPORT

X [signature]

June 26 202_

PLease contact me at

408 502-4899



FILED
JUN 28 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK