2.23CV0122
DJC DB PS

8-7-2023

**FILED**
AUG 09 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ CW _____
DEPUTY CLERK

DEMAS RUBINO

V

NATIONAL RAILROAD
PASSENGER CORPATION

ORDER AND FINDINGS
AND RECOMMENTIONS


THER HAS BEEN A MISUNDER
STANDING I SENT ORDER TO SHOW
CAUSE ON July 14·2023.
iTHIS SHOULD NOT BE DISMISSED
i DID WHAT WAS ASKED LOOK
AS iF MY MAIL WAS LOST.
1 WOULD LIKE TO ASKED FOR
A EXTION AT THIS TIME.
i COULD USE A LITTE MORE TIME
FOR PROPER REPUTATION. Lengley
OVER →



I DESIREUG PROPIKT Leagel
ASSENTING IS MY RIGHT.

IF enmail DODIT NOT LOSE IT-ITS
YOUR DEPARMENT THAT LOST THE
MAIL!

```
CHAS RUBINO
0 WEST RINCON AVE
mpbell Calf
       95008

       UNITED STATES COURTS

OFFICE OF CLERK, UNITED STATES

EASTERN DISTRICT OF CALIFORIA

 501 1st ST, STE 4200

SACRAMENTO, CALIFORINA 95814-2322
```

AMENDED TO SHOW CAUSE
223 CV00122 DJC DB

## CLAIMS

### First Claim

(Name the law or right violated: _Negligence (Jumping Off)_)

(Name the defendants who violated it: _AMTRAK_)

[Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

Apon departure of train 142 I was waiting for the doors to open on the train so I could exit. There was no train workers to help us off or any instructions to get off the train. No Lines no Arrows no really anything. The doors opened I stepped off my foot sliped under the train and down I went causeing me to fracture my wrist. No imployes to help get from the train or even get up. I crawed away from out from up the train and was laying there. I hear a train worker from the next car up asking me if I was ok but before I could answer the train horn blew. He spent no time jumping back on the train and just left me laying there.

COMPLAINT
PAGE 1 OF

ORDER TO SHOW CAUSE
2:23-CV-00122-DJC-DB

1. Around 10 PM Jan 21 2021.
2. Once arriving in Fairfield I proceeded
3. to exit the train. When going off the
4. train to the platform (stepping) the step
5. was too long when my feet hit
6. the platform it slipped out from
7. under me. One leg was in between
8. trains the other leg under the train.
9. The train is slowly moving, stepping me
10. through going all the way under the
11. train. It was the impact from
12. the train cause me to fracture my left
13. wrist, scrapes, bruising on my
14. legs, feet, ect. I was able to
15. pull myself (crawl) from under and away from
16. the train and try to collect
17. myself. During this time a conductor
18. but the lady in front of my cart came
19. asked me if I was ok. Got back on the
20. train to assist him, the acoustic lift
21. from the train and the conductor
22. wanted me time getting back on the
23. train and taking off. There really isn't
24. any visual signs saying mind the

ORDER TO SHOW CAUSE
2:23 CV 00122 DJC DB

_____ Claim

(Name the law or right violated: _____)

(Name the defendants who violated it: _____)

THERE WERE NO FLAG VISUAL SIGNS
OR WINDOWS SHOWING YOU WHERE TO GO NOTHING
ABOUT THE 2ND 3RD STEP DOWN FROM THE
TRAIN TO THE DOCK. THERE IS NOTHING
STOPPING YOU FROM FALLING UNDER THE
TRAIN. THE CONDUCTORS DIDN'T KNOW THROUGH
IN ALL THIS EXPERIENCE SEEMED TO BE A
A LACK OF EXPERIENCE AND A LACK OF CARE
. NEGLIGENCE .

:MAS RUBINO
 WEST RINCON AVE
 pbell, CA
        95008



VINCENT CASTILLO

.75 SOUTH gATE AVE

DAILY CITY, CALIFORINA
              94015

EHAS RUBINO
2 WEST RINCON AVE
1pbell CAlF
    95008



  UNITED STATES COURTS

 OFFICE OF CLERK, UNITED STATES

EASTERN DISTRICT OF CALIFORNIA

501 1ST STE 4:200

SACRAMENTO, CALIFORNIA 95814-2322

## CLAIMS

### First Claim

(Name the law or right violated: _____)
(Name the defendants who violated it: AMTRAK _____)

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

Upon DEPARTURE OF TRAIN 142 I WAS waiting for the Doors to open on the train so I could exit. There was no TRAIN WORKERS to help us off or any INSTRUCTIONS to get off the train. No signs, no arrows, no really anything. The doors opened, I stepped off, my foot slided under the TRAIN AND down I went causing me to fracture my wrist. No employees to help get from the train or even get up. I crawled away from but from up the train and was laying there. I heard a TRAIN WORKER from the NEXT CAR up asking me if I was OK but before I could answer the TRAIN HORN BLEW. He spent no time jumping back on the TRAIN AND just left me laying there.

NOTE:

COMPLAINT

_____ Claim

(Name the law or right violated: _____

(Name the defendants who violated it: _____

____. THERE WERE NO REAL VISUAL SINES or ARRERows showing you were to go Nothing About THE 2 TO 3" STEP DOWN From THE TRAIN TO THE DOCK, THERE IS NOTHING STOPING YOU FROM FALLING UNDER THE TRAIN. THE CONDUCTORS DIDENT FOLLOW THRU IN All THIS EXPERANCE SEEMED TO BE A LACK OF EXPERANCE AND A LACK OF CARE. NEGlance.

May 29, 20??

United States Courts
Office of the Clerk
United States District Court
Eastern District of California
501 1st Street Suite 4-200
Sacramento, CA 95814-2322

Please be advised that I had to relocate from my residence in Vacaville, CA to Campbell, CA on March 7, 2023. This action was caused because I was no longer able to work, due to the injury on my arm which was caused by the Amtrack train wreck. Since I no longer had any financial means, I moved in with a friend, located in Campbell. My mail was not properly forwarded. Thus I just recently received the correspondence from your office.

Enclosed is the Notice of Change of Address for your files. Please process this so that I may receive all future correspondence.

Thank You

Dennis Rubino, 5/29/2023

Please be advised that I had to relocate from my residence in Vacaville, CA to Campbell, CA on March 7, 2023. This action was caused because I was no longer able to work, due to the injury on my arm which was caused by the Amtrack train wreck. Since I no longer had any financial means, I moved in with a friend, located in Campbell, CA. My mail was not properly forwarded. Thus I just recently received the correspondence from your office.

Enclosed is the Notice of Change of Address for your files. Please