1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DEMAS RUBINO,                              No.  2:23-cv-0122 DJC DB PS

12                    Plaintiff,

13        v.                                    ORDER

14   NATIONAL RAILROAD PASSENGER
     CORPORATION,
15

16                    Defendant,

17

18        Plaintiff Demas Rubino is proceeding in this action pro se.  This matter was referred to the

19   undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On July 25,

20   2023, the undersigned issued findings and recommendations recommending that this action be

21   dismissed due to plaintiff's failure to file a status report and failure to respond to court orders.

22   (ECF No. 38.)  On August 9, 2023, plaintiff filed a response stating that plaintiff's failure to act

23   was because "mail was lost."  (ECF No. 40 at 1.)  On September 21, 2023, defendant filed a

24   statement stating that plaintiff had contacted defendant, plaintiff stated that plaintiff had "suffered

25   a major head injury" and "had not been able to obtain legal counsel."  (ECF No. 42 at 2.)

26        In light of the parties' filings, plaintiff's pro se status, and in the interests of justice, the

27   undersigned will provide plaintiff another opportunity to comply with the court's orders.

28   ////

                                            1

1       Accordingly, IT IS HEREBY ORDERED that:

2     1.  The July 25, 2023 findings and recommendations (ECF No. 38) are vacated.

3     2.  On or before **October 27, 2023**, plaintiff shall file a status report addressing

4         a.     Progress of service of process;

5         b.     Possible joinder of additional parties;

6         c.     Possible amendment of the pleadings;

7         d.     Jurisdiction and venue;

8         e.     Anticipated motions and the scheduling thereof;

9         f.     Anticipated discovery and the scheduling thereof, including
10   disclosure of expert witnesses;

11         g.     Future proceedings, including the setting of appropriate cut-off
dates for discovery and for law and motion, and the scheduling of a
12   final pretrial conference and trial;

13         h.     Modification of standard pretrial procedures specified by the rules
due to the relative simplicity or complexity of the action;

14         i.     Whether the case is related to any other case, including matters in
15   bankruptcy;

16         j.     Whether plaintiff will stipulate to the magistrate judge assigned
to this matter acting as settlement judge, waiving any
17   disqualification by virtue of her so acting, or whether plaintiff
prefers to have a Settlement Conference before another magistrate
18   judge;

19         k.     Whether plaintiff intends to consent to proceed before a United
States Magistrate Judge; and

20         l.     Any other matters that may aid in the just and expeditious
21   disposition of this action.

22      3.  Plaintiff is again cautioned that failure to file a status report may result in an order

23   imposing an appropriate sanction including the dismissal of this action.  See Local Rules 110 and

24   183.

25   DATED:  October 5, 2023      /s/ DEBORAH BARNES
                      UNITED STATES MAGISTRATE JUDGE
26

27   DLB:6
DB/orders/orders.pro se/rubino0122.vacate.ord

28