UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAS RUBINO, | No. 2:23-cv-0122 DJC DB PS |
| Plaintiff, | |
| v. | ORDER |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant, | |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 12, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. Plaintiff has filed a request for an extension of time (ECF 49), but has not otherwise filed a response to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 12, 2024 (ECF No. 48) are adopted in full;
2. Plaintiff's motion for an extension of time (ECF No. 49) is DENIED; and
3. Plaintiff's complaint filed July 6, 2022 (ECF No. 1) is DISMISSED WITHOUT PREJUDICE; and
4. Plaintiff's motion to proceed in forma pauperis (ECF No. 34) is DENIED AS MOOT; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **March 29, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/rubino0122.jo

2