## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DEMAS RUBINO,**

CASE NO: **2:23–CV–00122–DJC–DB**

v.

**NATIONAL RAILROAD PASSENGER CORPORATION,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/1/2024**

**Keith Holland**
Clerk of Court

ENTERED: **April 1, 2024**

by: /s/ A. Woodson
Deputy Clerk